EDWARD J. KUECHLE, Appellant, v. ATLANTIC ASSETS, INC., HOME LIFE INSURANCE COMPANY and TITLE GUARANTEE AND TRUST COMPANY, Respondents; REX COLE, INC., and Others, Defendants.— In an action to foreclose a mortgage upon real property, judgment in favor of the defendants dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

JACOB LUKIN, and MIRIAM LUKIN, by JACOB LUKIN, Her Guardian ad Litem, Respondents, v. ANNA FREED, Appellant.— In a negligence action, brought by a father and daughter to recover damages for injuries to the latter, it appeared that the defendant sent the child, aged fourteen, into the cellar to fix the fire without any warning that the fire had been banked and that gases were likely to accumulate. As she opened the door of the heater there was an explosion and she was badly burned. Judgment entered on verdicts unanimously affirmed, with costs. No opinion. Appeal from order denying a new trial dismissed. No such order is printed. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

ANNA M. MAIER, Appellant, v. GEORGE TURNER and MARY TURNER, His Wife, the Name "Mary" Being Fictitious, Defendant's Real First Name Being Unknown to Plaintiff; THOMAS FLOOD and MARGARET FLOOD, His Wife, Respondents, and Others, Defendants.— Order granting motion to vacate and set aside a sale under a judgment of foreclosure affirmed, without costs. No opinion. Hagarty, Carswell, Johnston and Adel, JJ., concur; Davis, J., dissents and votes to reverse.